**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Calvin FONVILLE, a/k/a Cal,**
**Defendant—Appellant.**

**No. 12–6711.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 27, 2012.

Calvin Fonville, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Fonville appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. Because Fonville's Guidelines range remains unchanged under Amendment 750 to the Sentencing Guidelines, we

find no reversible error. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*